# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WASHINGTON, | Case No. CV 11-3273 VAP (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.D. MCDONALD, | |
| Respondent. | |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _October 17, 2012

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE